IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 11  PM 1:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | NO. 2:05-CV-2507 |
| DANELLA VAUGH and TRICARE, | ) ) ) | |
| Defendant, Cross-Plaintiff, | ) ) | |
| VS. | ) ) | |
| TRICARE and SHELBY COUNTY HEALTH CARE CORPORATION d/b/a REGIONAL MEDICAL CENTER, | ) ) ) ) | |
| Cross Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard before the Honorable J. Daniel Breen, Judge of the United States District Court of the Western District of Tennessee for the Western Division, upon the announcement of the attorney for the Plaintiff, from all of which it appears to the Court as follows:

That this cause should be dismissed with prejudice and that each party shall bear its own costs.

ALL OF WHICH IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

_____
J. DANIEL BREEN
U.S. District Court Judge

DATE: August 11, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-12-05

_____
McCULLOUGH & McCULLOUGH
Attorneys for Plaintiff (008490)


_____
WILLIAM W. SILER   United States
Attorney for Defendant, ~~Tricare~~ (007194)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded, by U. S. Mail, postage prepaid, to the attorneys for all interested parties and to any parties unrepresented by counsel on this the ____5____ day of ____Aug____, 20__05__.

_____
McCULLOUGH & McCULLOUGH

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02507 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Honorable J. Breen
US DISTRICT COURT